COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Texas Farm Bureau Mutual Insurance Company v. Meredith Minchew

Appellate case number:      01-21-00330-CV

Trial court case number:    2019-32212

Trial court:                333rd District Court of Harris County

Appellee, Meredith Minchew, has filed her fourth motion to extend the deadline to file her appellee's brief. Appellant, Texas Farm Bureau Mutual Insurance Company, filed its appellant's brief on October 27, 2021, making appellee's brief initially due to be filed on or before November 29, 2021. *See* TEX. R. APP. P. 38.6(b). After obtaining three previous extensions, appellee's brief is currently due to be filed on or before February 28, 2022. In our order granting appellee's third motion for extension, appellee was notified that no further extensions would be granted.

On February 23, 2022, appellee filed her fourth motion to extend the deadline, requesting that her deadline for filing her appellee's brief be extended to March 21, 2022. In the motion, counsel for appellee states that while the Court notified appellee that no further extensions would be granted, the extension was necessary because counsel's father recently passed away. Appellee's motion further states that appellant is agreed to the relief requested in appellee's motion.

Accordingly, appellee's motion is **granted**. **Appellee's brief is due to be filed on or before March 21, 2022**. No further extensions will be considered, and the failure to file an appellee's brief by the extended deadline may result in the Court setting the case "at-issue" and considering and deciding the case without an appellee's brief. *See* TEX. R. APP. P. 10.5(b), 38.6(d).

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____
                           ☑ Acting individually    ☐ Acting for the Court

Date: ___March 1, 2022____